Terry W. Bird - State Bar No. 49038
    twb@birdmarella.com
Ariel A. Neuman - State Bar No. 241594
    aan@birdmarella.com
Kimberley M. Miller - State Bar No. 260280
    km@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Pacific Eurotex
Corp. and Morad Neman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         vs.<br><br>PACIFIC EUROTEX CORP., et al.,<br><br>                Defendants. | CASE NO. 14-CR-00521-JAK<br><br>**DEFENDANT MORAD NEMAN'S REQUEST TO CHANGE RECOMMENDATION TO BOP RE LOCATION FOR INCARCERATION**<br><br>Assigned to Hon. John A. Kronstadt |

Following consultation with his family and counsel, and given that the Court has not yet finalized its Judgment & Commitment Order, Defendant Morad "Ben" Neman respectfully requests that the Court change its recommendation to the Bureau of Prisons regarding the location at which Mr. Neman is to be incarcerated pursuant to the Court's sentence. Mr. Neman asks that the Court recommend that he be designated to <u>FCI Terminal Island</u>. This facility will allow Mr. Neman's family to visit him more often and more easily, as it is much closer to Los Angeles than is

//

//

Lompoc. Further, it is Mr. Neman's understanding that Terminal Island may have better access to necessary medical care.

DATED: December 19, 2018

Terry W. Bird
Ariel A. Neuman
Kimberley M. Miller
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: */s/ Ariel A. Neuman*
Ariel A. Neuman
Attorneys for Defendants Pacific Eurotex Corp. and Morad Neman